Decided September 20, 2001

STATE OF CONNECTICUT *v.* DANIEL SITKIEWICZ

The defendant's petition for certification for appeal from the Appellate Court, 64 Conn. App. 108 (AC 19281), is denied.

SULLIVAN, C. J., did not participate in the consideration or decision of this petition.

*Martin J. Minnella,* in support of the petition.

*Ronald G. Weller,* assistant state's attorney, in opposition.

Decided September 20, 2001